his opinion to the other arbitrators. It was contended that this independent examination constituted misconduct for which the award should be set aside.

*Jonah J. Goldstein* and *Thomas G. Frost* for appellants. *Moses Jaffe* for respondents.

Order of the Appellate Division reversed and that of the Special Term affirmed, with costs in this court and in the Appellate Division, on the authority of *Flannery* v. *Sahagian* (134 N. Y. 85) and *Hinkle* v. *Zimmerman* (184 N. Y. 114).

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

SAMUEL H. MARSH, Appellant, *v.* EVA R. MARSH, an Incompetent Person, by ABRAHAM L. DORIS, Her Committee, Respondent.

*Vendor and purchaser — contract — specific performance — Frauds (Statute of) — action to compel specific performance of alleged oral agreement by wife to convey real property to husband, she having received purchase price.*

*Marsh* v. *Marsh*, 222 App. Div. 825, affirmed.

(Argued April 10, 1928; decided May 1, 1928.)

APPEAL from a judgment, entered February 6, 1928, upon an order of the Appellate Division of the Supreme Court in the second judicial department, reversing a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term and directing a dismissal of the complaint. The action, husband against wife, was to compel specific performance of oral agreements alleged to have been made by the wife, prior to her incompetency, to convey certain real estate to her husband, she having received the purchase price. The Appellate Division held that the consideration proved was too indefinite to sustain the alleged agreements and the acts relied upon as part performance insufficient to take them out of the Statute of Frauds.

Prepared by State Reporter from Appeal Papers

*Irwin Isaacs* and *Joseph Force Crater* for appellant.

*Thomas J. Cuff, Abraham L. Doris* and *Milton Pinkus* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* JOHN GIAMMARINARO, Appellant.

*Crimes — receiving stolen goods — evidence — judgment of conviction reversed for error in admission of evidence as to other stolen goods.*

*People* v. *Giammarinaro,* 222 App. Div. 818, reversed.

(Argued April 10, 1928; decided May 1, 1928.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 13, 1928, which affirmed a judgment of the Nassau County Court rendered upon a verdict convicting the defendant of criminally receiving stolen property.

*Thomas J. Cuff* and *Milton Pinkus* for appellant.

*Elvin N. Edwards, District Attorney (Richard H. Brown* of counsel), for respondent.

Judgment of Appellate Division and that of County Court reversed and new trial ordered for error in the admission of evidence as to other stolen cars.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.